**No. 54076.**—Stoffel & Co., Inc., et al. *v.* United States, protests 20984–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 1, 1950

**No. 54077.**—Frank Partridge, Inc. *v.* United States, protest 54266–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54078.**—Joseph Victori & Co., Inc., et al. *v.* United States, protests 134945–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54079.**—L. Greenberg & Son, Inc., et al. *v.* United States, protests 149088–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54080.**—The New York Quinine and Chemical Works, Inc. *v.* United States, protest 149865–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54081.**—Maywood Chemical Works *v.* United States, protests 150535–K and 150536–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the the court dismissed the protests.

**No. 54082.**—The Levy & Levis Co., Inc., and Alfred Orlik, Inc. *v.* United States, protests 151756–K and 146068–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54083.**—R. H. Macy & Co., Inc. *v.* United States, protest 144108–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.